# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132983 (69)

MICHIGAN DEPARTMENT OF
TRANSPORTATION,
       Plaintiff-Appellant,

v

RODNEY TOMKINS and DARCY TOMKINS,
       Defendants-Appellees.

_____

SC: 132983
COA: 256038
Kent CC: 01-007548-CC

On order of the Chief Justice, the motion by plaintiff-appellant for extension to September 14, 2007 of the time for filing its brief and appendix is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2007

_____
Clerk